FILED IN CHAMBERS
U.S.D.C. - Atlanta
DEC 07 2018
James N. Hatten, Clerk
By: AMCarter

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LAKESIDE 358, LLC, agent of
Lakeside at Town Center Apts.,

    Plaintiff

v.

ELDRIDGE COCHRAN and All Other
Occupants,

    Defendant

CIVIL ACTION FILE NO.
1:18-CV-4929-ODE-JFK

ORDER

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Janet F. King filed October 29, 2018 [Doc. 3] ("R&R"). No objections have been filed.

In the R&R, Judge King recommends that this case be remanded to the Magistrate Court of Cobb County. Remand is warranted because Defendant Cochran, who is proceeding pro se, has failed to demonstrate any lawful basis for removal of this action to this Court.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of Cobb County, Georgia.

SO ORDERED, this ___6___ day of December, 2018.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE